UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
................................................................x
CHARLES FRITZNER

       Plaintiff(s),     **TRIAL BY JURY DEMAND**

   - against -          DOCKET #: 11-CV-1960

DEWALT INDUSTRIAL TOOL CORP.,
THOMAS GAYLE, MERVAL PAISLEY,
MERVA PAISELY-GAYLE and BLACK & DECKER,

       Defendant(s),
................................................................x
DEWALT INDUSTRIAL TOOL CORP. and BLACK & DECKER,

      Third Party Plaintiff(s)

   - against –

THOMAS GAYLE, MERVAL PAISLEY and
MERVA PAISLEY-GAYLE,

      Third Party Defendant(s)
................................................................X

Dear Sirs,

  Please take notice that pursuant to Federal Rules of Civil Practice and the applicable Local Rules of this Honorable Court, Plaintiff hereby demands a jury comprised of six persons for the trial of the within action at bar.

Dated: New York, New York
   May 4, 2011

                 BY: _____
                    JEFFREY H. SCHWARTZ, ESQ.
                    160 Broadway, Ste 502
                    New York, NY 10038
                    (212) 964-2160

To: Michael K. Berman
  Smith Mazure Director Wilkins Young & Yagerman, PC
  Attorneys for Defendants/Third-Party Plaintiffs
  Black & Decker (U.S.) Inc. s/h/a DeWalt Industrial Tool

Corp. and Black & Decker
111 John Street, 20th Fl.
New York, NY 10038-3198
(212) 964-7400
Your File#: BD-00110/MKB

To: GANNON, LAWRENCE & ROSENFARB
    Attorney for Defendants/Third-Party Defendants
    Thomas Gayle and Merva Paisley-Gayle
    100 Williams St., 7th Fl
    New York, NY 10038
    (212) 655-5000
    Your File#: D09-6709

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK) ss.:

**SUSAN SCHWARTZ**, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age and reside in Brooklyn, New York.

On May 4, 2011 deponent served

## TRIAL BY JURY DEMAND

To: Michael K. Berman
    Smith Mazure Director Wilkins Young & Yagerman, PC
    Attorneys for Defendants/Third-Party Plaintiffs
    Black & Decker (U.S.) Inc. s/h/a DeWalt Industrial Tool
    Corp. and Black & Decker
    111 John Street, 20th Fl.
    New York, NY 10038-3198
    (212) 964-7400
    Your File#: BD-00110/MKB

To: GANNON, LAWRENCE & ROSENFARB
    Attorney for Defendants/Third-Party Defendants
    Thomas Gayle and Merva Paisley-Gayle
    100 Williams St., 7th Fl
    New York, NY 10038
    (212) 655-5000
    Your File#: D09-6709

By depositing a true copy of the same securely in a postpaid wrapper, in a Post Office Box regularly maintained by the United States government directed to the above-mentioned parties at their respective address above, that this being the address within the United States designated by them for the purpose upon the preceding papers in this action or the place where they then kept an office, between which place, there then was and now is a regular communication by mail.

_____
SUSAN SCHWARTZ

Sworn to before me on
May 4, 2011

_____
Notary Public

*Attorney(s) for*

STATE OF NEW YORK, COUNTY OF                                                   s.s.:
I, the undersigned, an attorney admitted to practice in the court of New York State,

☐   certify that the within
    has been compared by me with the original and found to be a true and complete copy

☐   state that I am
    the attorney(s) of record for                                              in the within
    action; I have read the foregoing                                          and know the contents thereof;
    the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief,
    and as to those matters I believe it to be true. The reason this verification is made by me and not by

    The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statement are true, under the penalties of perjury.
Dated:
                                                                               _____
                                                                               **The name signed must be printed beneath**

STATE OF NEW YORK, COUNTY OF
I, the undersigned, being duly sworn, depose and say: I am
    ☐    in the action; I have read the foregoing
         and know the contents thereof; the same is true to my own knowledge, except
    as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true
         as to the matters therein stated to be alleged on information and belief, and as to those matters I
         believe it to be true.
         The                              of
         A                                corporation and a party in the within action; I have read the
         foregoing except as to the matters therein stated to be alleged upon information and belief, and as
         to those matters I believe it to be true. This verification is made by me because the above party is a
         corporation and I am an officer thereon.
The grounds of my belief as to all matters not stated upon my own knowledge are as follows:


Sworn to before me on
                                                                               _____
                                                                               **The name signed must be printed beneath**


STATE OF NEW YORK, COUNTY OF                      ss.:         (If more than one box is checked – indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years old and reside at

On                         I served the within
    ☐    by mailing a copy to each of the following persons at the last known address set forth after each
         name below.

    ☐    by delivering a true copy of each person named below at the address indicated. I knew each person
         served t be the person mentioned and described in said papers as *a party therein:*

    ☐    by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after
         each name below ☐ E-MALE address set forth after each name below, which was designated by
         the attorney for such purpose, and by mailing a copy to the address set forth after each name.

    ☐    by dispatching a copy by overnight delivery to each of the following persons at the last known
         address set forth after each name below.


Sworn to me on
                                                                               _____
                                                                               **The name signed must be printed beneath**

Docket No. 11-CV-1960
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHARLES FRITZNER

                Plaintiff(s),

- against -

DEWALT INDUSTRIAL TOOL CORP.,
THOMAS GAYLE, MERVAL PAISLEY, MERVA PAISELY-GAYLE and BLACK & DECKER,

                Defendant(s),

---

DEWALT INDUSTRIAL TOOL CORP. and BLACK & DECKER,

                Third Party Plaintiff(s)

- against –

THOMAS GAYLE, MERVAL PAISLEY and MERVA PAISLEY-GAYLE,

                Third Party Defendant(s)

---

**TRIAL BY JURY DEMAND**

---

                                Jeffrey H Schwartz
                                Attorney for Plaintiff
                                160 Broadway – Ste 502
                                New York, New York 10038
                                Telephone (212)964-2160

---

To:

                                Service of a copy of the within
                                Is hereby admitted.

                                Dated_____

                                _____

---

Attorney(s) for

PLEASE TAKE NOTICE:

   ☐ **NOTICE OF ENTRY**
That the within is a (certified true copy of an
Duly entered in the office of the clerk of the within named court on

   ☐ **NOTICE OF SETTLEMENT**
That an                                      , of which the within is a true copy, will
Be presented for settlement to the Hon.
One of the judges of the within named court, at        , at

                                                            Yours, etc.
Dated:                                            **JEFFREY H. SCHWARTZ**
                                            *ATTORNEY(S) FOR PLAINTIFF*
To:                                               160 Broadway – Ste. 502
                                             New York, N.Y. 10038
                                             (212)964-2160